MAGISTRATE JUDGE ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5003JKA |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| MICHAEL A. BIXBY, | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to September 12, 2005. The period of delay resulting from this continuance from August 22, 2005 to September 19, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this <u>22nd</u> day of August, 2005.

                                     */s/ J. Kelley Arnold*
                                     J. KELLEY ARNOLD
Presented By:          UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE          1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1  /s/                                              /s/
   Miriam Schwartz                        Capt. Glen Templeton
2  Attorney for Defendant                 Special Assistant U.S. Attorney

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**